**Gerry Lee ROUSE, Sr., Plaintiff—Appellant,**

v.

**Kermit TENNIS, Police Officer, Defendant—Appellee.**

No. 04–7083.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 21, 2004.

Gerry Lee Rouse, Sr., Appellant pro se. Melvin Wayne Ringer, City Attorney's Office, Norfolk, Virginia, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Gerry Lee Rouse, Sr. appeals the district court's order granting summary judgment in favor of Defendant and dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rouse v. Tennis,* No. CA–03–739–2 (E.D. Va. June 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*